No. 78–1305. BLEA *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 78–1312. SMITH *v.* COUNTY OF YORK. Pa. Commw. Ct. Certiorari denied.

No. 78–1315. MOTOWN RECORD CORP. *v.* SOLINGER; and
No. 78–1317. A&M RECORDS, INC., ET AL *v.* SOLINGER. C. A. 9th Cir. Certiorari denied.

No. 78–1321. A. T. CROSS Co. *v.* QUILL Co., INC. C. A. 1st Cir. Certiorari denied.

No. 78–1322. PITTWAY CORP. *v.* BURKE ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1355. HARCO PRODUCTS, INC., DBA DFC Co. *v.* REX CHAINBELT, INC. C. A. 9th Cir. Certiorari denied.

No. 78–1378. VAICEKAUSKAS *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 78–1416. CARTER *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 78–1421. CARTER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 78–1426. PACELLI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 78–1432. THOMPSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 78–5916. VEAL *v.* ILLINOIS; and
No. 78–5917. KNIGHTS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.